UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA,       )<br>                                                                 )<br>            Plaintiff,                          )<br>                                                                 )<br>    v.                                                       )        Civil No. 1:20cv1396-CMH-IDD<br>                                                                 )<br>LUCAS VINYARD,                              )<br>                                                                 )<br>            Defendant.                      )<br>_____)  | |

### MOTION OF JONATHAN T. LUCIER TO WITHDRAW AS COUNSEL FOR INTERESTED PARTY THE UNITED STATES

Pursuant to Local Civil Rule 83.1(G) and Local Criminal Rule 57.4(G), Jonathan T. Lucier, Assistant United States Attorney for the Eastern District of Virginia, respectfully moves this Court for leave to withdraw as counsel in this matter for interested party the United States. The United States will continue to be represented in this matter by John Blair Fishwick Martin from the United States Department of Justice.

WHEREFORE, movant respectfully requests that the Court enter an Order permitting movant to withdraw as counsel of record for interested party the United States.

A proposed order is attached.


Dated: December 7, 2020                                Respectfully submitted,

                                                                           G. ZACHARY TERWILLIGER
                                                                           UNITED STATES ATTORNEY

                                                           By:    /s/_____
                                                                           Jonathan T. Lucier
                                                                           VSB No. 81303
                                                                           Office of the United States Attorney

1

                              919 East Main Street, Suite 1900
                              Richmond, Virginia, 23219
                              (804) 819-5400 (phone)
                              (804) 771-2316 (fax)
                              Email: jonathan.lucier@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that on December 7, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

/s/
Jonathan T. Lucier
VSB No. 81303
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia, 23219
(804) 819-5400 (phone)
(804) 771-2316 (fax)
Email: jonathan.lucier@usdoj.gov