AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| Commonwealth of Virginia | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-1396 |
| Lucas Vinyard | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 12/07/2020

/s/ John B. F. Martin
*Attorney's signature*

John B. F. Martin, N.Y. Bar No. 4682928
*Printed name and bar number*

U. S. Department of Justice
Ben Franklin Station, P.O. Box 7146
Washington, D.C. 20044
*Address*

john.b.martin@usdoj.gov
*E-mail address*

(202) 616-4492
*Telephone number*

(202) 616-4314
*FAX number*