IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| COMMONWEALTH OF VIRGINIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:20-cv-01396-CMH-IDD |
| v. ) | |
| ) | |
| LUCAS VINYARD, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

In accordance with Local Rule 83.1(G), Deputy Solicitor General Martine E. Cicconi respectfully moves the Court to permit her to withdraw as one of the counsel of record for the Commonwealth of Virginia.

Ms. Cicconi is departing State service effective January 18, 2021, and returning to federal practice. The Commonwealth will continue to be represented by Toby J. Heytens, Solicitor General, who noticed his appearance as counsel on November 17, 2020 (ECF No. 2), and Kyle Manikas, Commonwealth's Attorney, who noticed his appearance as counsel on January 11, 2021 (ECF No. 11). Notice of this Motion has been provided to the Plaintiff.

A proposed order is attached.

Respectfully submitted,

_____/s/_____
Martine E. Cicconi
Deputy Solicitor General
(VSB #94542)
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7773 – Telephone
(804) 371-0200 – Facsimile
mcicconi@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Toby J. Heytens
Solicitor General
E-mail: theytens@oag.state.va.us

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

                                      /s/
                                Martine E. Cicconi