AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01396-CMH-IDD |
| LUCAS VINYARD | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Virginia.

Date: 02/17/2021

/s/ Kendall T. Burchard
*Attorney's signature*

Kendall T. Burchard, Va. Bar No. 95710
*Printed name and bar number*

Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
*Address*

Kburchard@oag.state.va.us
*E-mail address*

(804) 786-1863
*Telephone number*

(804) 371-0200
*FAX number*