# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| COMMONWEALTH OF VIRGINIA, | : | |
| | : | |
| v. | : | Case No.: 1:20-cv-1396 |
| | : | |
| LUCAS VINYARD, | : | The Honorable Claude M. Hilton |
| | : | |
| Defendant. | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday April 23, 2021, at 10:00 a.m., or as soon thereafter as the undersigned may be heard, Officer Vinyard will present to the Court the previously filed Notice of Removal (ECF No. 1).

Date: March 23, 2021                                  Respectfully submitted,

_____
Daniel S. Crowley,
Virginia State Bar Number: 79567
HANNON LAW GROUP, LLP
333 8th Street NE
Washington, DC 20002
Tel:  (202) 232-1907
Fax: (202) 232-3704
dcrowley@hannonlawgroup.com

*Counsel for Lucas Vinyard*

**CERTIFICATE OF SERVICE**

I certify that on March 23, 2021, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a copy to counsel of record.

Daniel S. Crowley,
Virginia State Bar Number: 79567
HANNON LAW GROUP, LLP
333 8th Street NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
dcrowley@hannonlawgroup.com

*Counsel for Lucas Vinyard*