IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| COMMONWEALTH OF VIRGINIA ) | |
| ) | |
| v.                       ) | Civil Action No. 1:20-cv-1396 |
| ) | |
| LUCAS VINYARD,           ) | |
| ) | |
| Defendant.     ) | |

### ORDER

THIS MATTER comes before the Court on Defendant's Notice of Removal pursuant to 28 U.S.C. § 1455(a). For the reasons stated from the bench, this case is properly before the Court. It is hereby

ORDERED that this case is REMOVED. The Clerk of this Court shall notify the Circuit Court of Fairfax County of the removal of this action. It is further

ORDERED that the parties shall file future pleadings in this matter in Case No. 1:21-cr-92, <u>Commonwealth of Virginia v. Vinyard</u>.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 23, 2021